

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 207TH DISTRICT COURT OF HAYS COUNTY, GREETINGS:

On October 30, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

City of Kyle, Texas v. The State of Texas, ex rel. 1200 S. Old Stagecoach Road, LLC

Court of Appeals No. 15-24-00011-CV
Trial Court No. 22-0873

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the interlocutory order in favor of appellant, the State of Texas, signed December 11, 2023, was heard on the appellate record. We have inspected the record and find error. We therefore order the order of the court below **AFFIRMED IN PART** and **REVERSED IN PART** and **RENDER** judgment that the State of Texas's claims, with this exception of its claim for attorney's fees under the Uniform Declaratory Judgments Act, are dismissed for want of jurisdiction.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this November 13, 2025.

**CHRISTOPHER A. PRINE, CLERK**